U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
TERRANCE D. MILLARD
V.
BNSF RAILWAY COMPANY

Case Number: 08 cv 3752

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PLAINTIFF TERRANCE D. MILLARD

| | |
|---|---|
| NAME (Type or print) RYAN M. FURNISS | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Ryan M. Furniss | |
| FIRM Holland, Groves, Schneller & Stolze, LLC | |
| STREET ADDRESS 300 N. Tucker Blvd., Suite 801 | |
| CITY/STATE/ZIP St. Louis, MO 63101 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6282915 | TELEPHONE NUMBER 314.241.8111 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |