# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | July 10, 2008 |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3752 | **DATE** | ~~7/1/2008~~ |
| **CASE TITLE** | TERRANCE D. MILLARD vs. BNSF RAILWAY COMPANY | | |

**DOCKET ENTRY TEXT**

This case is dismissed without prejudice for failure to complete the civil cover sheet and for failure to file attorney appearance forms.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|