IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRANCE D. MILLARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No.: 08-CV-3752 |
| | ) | |
| BNSF RAILWAY COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S NOTICE OF HEARING FOR HIS EMERGENCY MOTION TO RECONSIDER OR IN THE ALTERNATIVE AMEND THE JUDGMENT**

COMES NOW Plaintiff, Terrance D. Millard, by and through his attorneys, Holland, Groves, Schneller & Stolze, L.L.C., and for his Notice of Hearing for his Emergency Motion to Reconsider or in the Alternative Amend the Judgment, respectfully requests that this Honorable Court set a hearing for Plaintiff's Emergency Motion to Reconsider or in the Alternative Amend the Judgment at the Court's earliest convenience with Judge Conlon or the Emergency Judge on duty.

HOLLAND, GROVES, SCHNELLER
& STOLZE, L.L.C.

s/ Ryan M. Furniss
Ryan M. Furniss IL #6282915
Eric D. Holland IL # 06207110
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
314/241-8111
314/241-5554 - Facsimile
rfurniss@allfela.com
eholland@allfela.com

1

- AND -

COONEY & CONWAY
Robert J. Cooney, Jr. IL # 6205863
120 N. LaSalle Street, Suite 30
Chicago, IL 60602
Local Counsel for Plaintiff