AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TERRANCE D. MILLARD

CASE NUMBER: 08 cv 3752

V.

ASSIGNED JUDGE: Judge Conlon

BNSF RAILWAY COMPANY

DESIGNATED
MAGISTRATE JUDGE: Judge Brown

TO: (Name and address of Defendant)

BNSF RAILWAY COMPANY
C/O CT CORPORATION SYSTEM
REGISTERED AGENT
208 S. LASALLE STREET, SUITE 814
CHICAGO, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RYAN M. FURNISS
300 N. TUCKER BLVD, SUITE 801
ST. LOUIS, MO 63101

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

Michael W. Dobbins, Clerk



-------------------------------------
(By) DEPUTY CLERK

July 2, 2008
-------------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7/8/2008 @ 12:00 P.M. |
| NAME OF SERVER (PRINT) Robert C. Regalado | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Registered Agent - CT

Corporation System - Dawn Schultz - Process - Specialist

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/9/08
_____
Date

_____
Signature of Server

**PMB 154**
**6351 W Montrose Ave**
**Chicago IL 60634**

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

United States District Court
Northern District of Illinois

**CASE# 08 cv 3752**

**PLAINTIFF(S)**
**Terrance D. Millard**
vs
**DEFENDANT(S)**
**BNSF Railway Company**

Received by McDowell and Associates on 7/2/08 to be served on BNSF Railway Company, CT Corporation, Registered Agent 208 S. Lasalle St. Suite 814 Chicago, IL 60604.  I, _ROBERT C. REGALADO_ being duly sworn, depose and say that on _7/8/08_ at _12:00_ am/pm, executed service by delivering a true copy of the Summons in accordance with state statutes in the manner marked below:

( )     INDIVIDUAL SERVICE:  Served the within-named person.

(X)    CORPORATE SERVICE: By serving _DAWN SCHULTZ_ as _CT Corp - PROCESS SPECIALIST_

( )     SUBSTITUTE SERVICE: By serving_____ as
_____

( )     POSTED SERVICE:  After attempting service on ___/___/___ at _____ am/pm and on ___/___/___ at _____ am/pm to a conspicuous place on the property described herein.

( )     OTHER SERVICE:  As described in the **Comments** below by serving
_____ as _____.

( )     NON-SERVICE:  For the reason detailed in the **Comments** below:

**COMMENTS:**
_____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_Robert C. REGALADO_
Appointed in accordance
with State Statutes

Subscribed and Sworn to before me on this _9_ day
Of ___July___, _2008_ by the affiant who is
personally known to me.

_____
**NOTARY PUBLIC**

McDowell & Associates
902 Soulard Street
St. Louis, MO 63104
(314) 621-9300

OFFICIAL SEAL
THOMAS F DOLAN III
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 09/13/2009