# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3752 | **DATE** | 8/8/2008 |
| **CASE TITLE** | TERRANCE D. MILLARD vs. BNSF RAILWAY COMPANY | | |

**DOCKET ENTRY TEXT**

Status hearing held. Parties shall comply with FRCP 26(a)(1) by September 8, 2008. Plaintiff shall comply with FRCP 26(a)(2) by December 4, 2008; defendant shall comply with FRCP 26(a)(2) by January 5, 2009. Discovery cutoff and filing of dispositive motions with supporting memoranda are set on February 4, 2009. Submission of the joint final pretrial order and agreed pattern jury instructions is set on February 25, 2009 at 9:00 a.m.; plaintiff shall submit draft to defendant by February 18, 2009. The case is placed on the March 2009 trial calendar. THESE ARE FIRM DATES.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:08-cv-03752     Document 15     Filed 08/08/2008     Page 1 of 1

08C3752 TERRANCE D. MILLARD vs. BNSF RAILWAY COMPANY                                                                 Page 1 of 1