**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                     Case Number:   08 CV 3752

TERRANCE D. MILLARD

V.

BNSF RAILWAY COMPANY

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

BNSF RAILWAY COMPANY

| | |
|---|---|
| NAME (Type or print) | |
| Stephanie A. Cantrell | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Stephanie A. Cantrell | |
| FIRM  Daley Mohan Groble, P.C. | |
| STREET ADDRESS  55 W. Monroe, Suite 1600 | |
| CITY/STATE/ZIP  Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6228963 | TELEPHONE NUMBER (312) 422-9999 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  N | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") N | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. | |
| RETAINED COUNSEL                         APPOINTED COUNSEL | |